UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| THEODORE JAMES KOLK,<br>JESSICA LYNN KOLK,<br>JOAH SEAL WILSON,<br><br>Plaintiffs,<br><br>v.<br><br>ERIN YOUNG, CORRECTIONS DEPARTMENT<br>OF PAROLE/PROBATE OF ANOKA COUNTY;<br>ST. FRANCIS POLICE DEPARTMENT,<br><br>Defendants, | Civil No. 23-1860 (JRT/LIB)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATIONS** |

_____

Theodore James Kolk, Reg No. 188452, **MN Correctional Facility,** 1000 Lakeshore Drive, Moose Lake, MN  55767, pro se Plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

2. This action's currently pending motions—at Docket Nos. 3, 4, and 7—are **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 15, 2023          s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                  United States District Judge